# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JORGE VELA-VASQUEZ,<br>    *Plaintiff,*<br>vs.<br><br>NEVADA DEPARTMENT OF ADMIN. HEARING DIVISION, *et al.,*<br>    *Defendants*. | 3:12-cv-00641-LRH-WGC<br><br>ORDER |

Court mail has been returned from the last institutional address given by plaintiff. Plaintiff has not filed an updated notice of change of address. As plaintiff has failed to comply with Local Rule LSR 2-2, which requires that he immediately file written notification of any change of address,

IT IS ORDERED that this action shall be DISMISSED without prejudice.

The Clerk of Court shall enter final judgment accordingly, dismissing this action without prejudice.

DATED this 12th day of February, 2013.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE